

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2021

No. 04-21-00265-CV

**IN THE INTEREST OF B.M.S. AND J.R.S., CHILDREN,**

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 18-11-25367-CV
Honorable Vivian Torres, Judge Presiding

# O R D E R

Appellant's third motion for extension of time to file Appellant's brief is GRANTED. Appellant's brief is due October 18, 2021. No further extensions will be granted absent extenuating circumstances.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court